FILED
CLERK, U.S. DISTRICT COURT

NOV 28 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. mJ 22-4632 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| v. | 18 U.S.C. § 3143(a) Allegations of Violations of |
| Gilbert Rodriguez | Probation/Supervised Release Conditions) |
| Defendant. | |

On arrest warrant issued by the United States District Court for the  SDCA  involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A.   (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community, based on: _his extensive criminal history_

   B.   (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: _the instant allegations involving failure to provide supervising agency with current location / failure to maintain contact with supervising agency_

IT IS ORDERED that defendant be detained.

DATED: 11/28/2022

                               HONORABLE JACQUELINE CHOOLJIAN
                               United States Magistrate Judge